UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHUBB NATIONAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) ) |
| SONESTA INTERNATIONAL HOTELS CORPORATION d/b/a CHASE PARTK PLAZA ROYAL SONESTA, et al., | ) ) ) ) ) |
| Defendant(s). | ) |

Case No. 4:19-cv-01934-SRC

## MEMORANDUM AND ORDER

This matter comes before the Court on two Motions to Set Aside Clerk's Default. The Motions are brought by Defendant Sonesta International Hotels Corporation d/b/a Chase Park Plaza Royal Sonesta ("Sonesta") [13] and Defendant David Kohlasch [15]. The Court grants the motions.

Having reviewed Defendants' memoranda in support of their motions, the Court finds that Defendants' delay in appearing and defending is a result of miscommunications between Kohlasch, Sonesta, and Sonesta's insurer. Second, both Defendants argue meritorious defenses. Finally, Plaintiff Chubb National Insurance Company does not oppose Defendants' motions to set aside clerk's default, Doc. 17, so the Court finds that Plaintiff will not be prejudiced. Good cause therefore exists and the Motions to Set Aside Clerk's Default will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Sonesta's Motion to Set Aside Clerk's Default [13] is GRANTED.

1

**IT IS FURTHER ORDERED** that Defendant Kohlasch's Motion to Set Aside Clerk's Default [15] is GRANTED.

So Ordered this 15th day of November, 2019.

_____
**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**